# Attachment A

Victim Impact Statements of Mr. Guzman and Mr. Wopshott

On Monday, February, 25, 2019, Mr. Guzman spoke to the assigned Assistant United States Attorney and a Victim Advocate and relayed the following:[1]

Mr. Guzman would like the defendant to "pay for the pain he has caused." Mr. Guzman requests that the Judge sentence the defendant to "the appropriate time in jail." Mr. Guzman is still seeking medical care for the injury to this nose and has "trouble breathing because of the punch to my face."

---

[1] Mr. Guzman made this statement in Spanish and, while the AUSA does not speak Spanish, the Victim Advocate is a fluent Spanish speaker.

Victim Impact Statement

Judge Boasberg

From the little I have heard and the few people involved that I have met, it appears that I have come through the events of that day better than most. The initial concussion plus neck and back trauma that I received from the impact have all faded over time with only some slight stiffness. This is probably due to the fact that I never saw him coming. I just remember him getting out of the other vehicle, locking eyes with me and then turning and heading towards the market place.

My 2012 Camry Hybrid did not fare as well being a total loss from the damage. With 8 months remaining on my loan that became several thousand dollars' worth of lost value plus the unexpected need to purchase a new car with several more years of new loan payments.

The police and paramedics where outstanding in their assistance and concern. They had to yank open the driver side door since it was jammed shut from the impact. The police and US Attorney's office have also checked up on me personally and have kept me informed of the court proceedings. My insurance company stepped up and covered all the vehicle and medical expenses even though they had to deal with an uninsured motorist claim.

My work and supervisor were also great. They allowing me to Telework for a while after taking a week of sick days to recover from the concussion and see my doctor. I have been very blessed to have my family, co-workers and church family that supported me and stepped up when I needed them.

As for the defendant, I do not know him, have never met him and most likely would not be able to pick him out of a line-up. To the extent that I can forgive him for what happened to me personally, I do. But we are a country that values the rule of law. It is by those rules and laws that he shall have to take responsibility for his actions that day. Actions that have adversely affected and harmed so many.

As for myself, I have moved on from the events of that day. I plan to retire this fall and spend time with my wife, do some traveling and spoiling my four grandchildren.


Respectfully,

James Wapshott